FILED
SUPERIOR COURT
OF GUAM

2019 JUN 21 PM 4: 01

CLERK OF COURT

BY: _____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ISLAND EYE CENTER, INC. dba ISLAND EYE AND RETINA CENTER,<br><br>                      Plaintiff,<br><br>        vs.<br><br>PETER N. LOMBARD, M.D., ADVANCED EYECARE, LLC dba LOMBARD HEALTH, DESIREE NEDEDOG, JOHN and JANE DOES 1 through 20,<br><br>Defendants. | Case No. CV0026-17<br><br>**DECISION AND ORDER** |

## INTRODUCTION

Defendants have moved for leave to exceed the 10-page limit in their reply to Plaintiff's opposition to a motion for summary judgment. This matter is before the Honorable Michael J. Bordallo. Island Eye Center, Inc. dba Island Eye and Retina Center ("Island Eye") is represented by Daniel J. Berman, Esq. of Berman O'Connor & Mann. Peter N. Lombard, M.D., Advanced Eyecare, LLC dba Lombard Health, Desiree Nededog, John and Jane Does 1 through 20 ("Defendants") are represented by attorney Delia Lujan Wolff of Lujan & Wolff, LLP. Having considered the arguments and the applicable law, the Court hereby **GRANTS** Defendants' motion.



ORIGINAL

Page 1 of 3

## BACKGROUND

The instant matter arises out of Defendants' Mar. 13, 2019 Motion for Leave of Court to Exceed Page Limit ("Motion") in their 15-page reply to Plaintiff's opposition to a motion for summary judgment. That reply will be referred to as the "15-Page Reply." Plaintiff filed an opposition to the Motion on Mar. 26, 2019. On Apr. 24, 2019, Defendants filed a reply to that opposition. The matter is now before the Court.

## PRINCIPLES OF LAW

The Local Rules of the Superior Court of Guam state that briefs in support of or opposing a motion shall not exceed twenty (20) pages without leave of court to file additional pages. CVR 7(g). The Local Rules also state that a moving party's reply brief or memoranda may not exceed ten (10) pages without leave of court. Id. Disclosure statements, tables of contents or authorities, addendums, declarations or affidavits, and exhibits do not count toward the page limitation. Id.

## ANALYSIS

The Court will grant the Motion requesting leave for the 15-Page Reply to exceed 10 pages. Island Eye's original complaint instigated a large, complex case with multiple causes of action, five of which remained at the time Defendants filed a motion for summary judgment on Jan. 11, 2019. Island Eye's opposition to the motion for summary judgment was a 20-page document, the maximum length permitted without requiring leave of the Court for excess pages. The 15-Page Reply responds to Island Eye's opposition to summary judgment on the five remaining causes of action. Because there are five causes of action addressed in the motion for summary judgment, the typical 10-page limit for a reply would give Defendants an average of two pages to address Island Eye's opposition to summary judgment for each cause of action. Instead, the 15-Page Reply uses an average of three pages for each cause of action.

Considering the complexity of this case and considering that the parties are addressing five causes of action, each a complicated matter, the Court will grant leave to Defendants to exceed the standard 10-page limit in its 15-Page Reply.

## CONCLUSION AND ORDER

For the above reasons, the Court **GRANTS** Defendants' Motion for Leave of Court to Exceed Page Limit.

SO ORDERED, this _21_ day of _June_ 2019.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE COPY BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

Berman O'Connor &
Mann; Lujan & Wolff

Date: 6/21/19  Time: 4:15pm

_____
Deputy Clerk, Superior Court of Guam